UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81522-CIV-MARRA

JOAN GALISON,

    Plaintiff,
vs.

FIREMAN'S FUND
INSURANCE COMPANY,
a foreign insurance
corporation,

    Defendant.
_____/

## ORDER AND OPINION

THIS CAUSE is before the Court upon the Defendant's Motion to Dismiss Plaintiff's Complaint [DE 3]. No response was filed and the time period for doing so has elapsed. The Court has carefully considered the motion, the entire Court file, and is otherwise fully advised in the premises.

Plaintiff Joan Galison ("Plaintiff" or "Galison") filed a "Complaint for Declaratory Judgment and Breach of Contract Damages Against Defendant," in state court. Defendant Fireman's Fund Insurance Company ("Defendant" or "FFIC") removed the matter to this Court and immediately moved to dismiss. FFIC argues that the Complaint violates Fed. R. Civ. P. 10(b) by bringing two causes of action that are not separated into two counts but instead are improperly pled in a single account. The Court agrees. The commingling of the causes of action creates confusion regarding whether Plaintiff seeks only declaratory judgment or is also

seeking relief for a breach of contract.  *See Anderson v. District Bd. Of Trustees of Cent. Florida Comm. College*, 77 F.3d 364, 366 (11th Cir. 1996) (in such cases, it is "virtually impossible to know which allegations of fact are intended to support which claim(s) for relief.")

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely granted when justice so requires."  Therefore, in accordance with the usual practice upon granting a motion to dismiss, leave to replead the complaint will be permitted.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion to Dismiss Plaintiff's Complaint [DE 3] is GRANTED.  Plaintiff shall file an Amended Complaint on or before January 7, 2011.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of December, 2010.

KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record